# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES W. STEWART** | **CIVIL ACTION NO.** |
| **VERSUS** | **SECTION:** |
| **CITY OF HAMMOND, LOUISIANA** | **DISTRICT JUDGE:** |
| | **MAGISTRATE JUDGE:** |

## NOTICE OF REMOVAL

TO: Plaintiff, James W. Stewart
Through his attorney of record,
Ron S. Macaluso
P.O. Drawer 2828
Hammond, LA 70404

PLEASE TAKE NOTICE that, with a full reservation of rights and defenses, named Defendant, City of Hammond ("COH" or "Defendant"), in the proceeding entitled *James W. Stewart v. City of Hammond, Louisiana*, Civil Action No. 2019-546, Division B, currently pending on the docket of the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, hereby files in the United States District Court for the Eastern District of Louisiana, this Notice of Removal to effect the removal of this action to the United States District Court for the Eastern District of Louisiana in accordance with 28 U.S.C. § 1441.

A copy of this Notice of Removal is herewith served upon you as counsel of record for Plaintiff and a copy of said Notice of Removal is being filed with the Clerk of the aforenoted state court, in conformity with 28 U.S.C. § 1446(d).

Defendant respectfully represents that the grounds for removal are as follows:

I.

On February 19, 2019, a Petition for Damages for Wrongful Termination ("Petition") was filed and is now pending in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, bearing Civil Action No. 2019-546, Division B, which is within the Eastern District of Louisiana. (A copy of Plaintiff's Petition is attached as Exhibit "A" and incorporated herein by reference as required by 28 U.S.C. § 1446(a)).

II.

In Plaintiff's Petition, Plaintiff asserts alleged violations of and is seeking remedies under federal law, specifically violations of his "constitutional rights and privileges as required by and articulated in the United States Supreme Court decision of *Loudermill v. Cleveland Board of Education*, 470 U.S. 545." *See* Plaintiff's Petition, ¶¶ XVIII, XXVIII.

III.

Although Plaintiff's Petition is silent as to the specific federal statute allegedly violated by Defendant, Plaintiff's allegation of a violation of his "constitutional rights, property rights, and procedural rights;" allegation that Defendant "failed to comply, violated, and breached" his "constitutional rights and privileges as required by and articulated in the United States Supreme Court decision of *Loudermill v. Cleveland Board of Education,* 470 U.S. 545;" and allegation that Defendant failed and/or ignored his "substantive property rights in his position as Chief of Police and, as well, failed and/or ignored all of Stewart's procedural rights and safeguards of his position" all arise under 42 U.S.C. § 1983. *See* Plaintiff's Petition, ¶¶ XVII-XIX.

IV.

Defendant was first served with the Petition on February 20, 2019. *See* Exhibit "B". Thirty days have not elapsed since Defendant was first served with the Petition.

V.

As required by 28 U.S.C. § 1446(a), attached hereto as Exhibit "C" are copies of all process and pleadings in the state court proceeding. Upon information and belief, no other pleadings have been filed in the state court action, other than those attached hereto.

VI.

The above-described action is a civil action of which this Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331, in that Plaintiff asserts claims arising under federal law based on the 42 U.S.C. § 1983 allegations contained in Plaintiff's Petition. *See* Plaintiff's Petition, at ¶¶ XVII-XIX, XXVIII. Consequently, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

VII.

Promptly after this Notice of Removal is filed, written notice thereof will be given to all parties and a copy of this Notice of Removal will be filed with the Clerk of the aforesaid state court to effect the removal of this civil action to this Honorable Court as provided by law.

WHEREFORE, Defendant, City of Hammond, prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ M. Nan Alessandra*
          M. NAN ALESSANDRA (#16783)
          JESSICA M. THOMAS (#38424)

3

365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email:  nan.alessandra@phelps.com
              jessica.thomas@phelps.com

**AND**

**CASHE COUDRAIN & SANDAGE**

ANDRE G. COUDRAIN (#1789)
106 South Magnolia St. (70403)
P. O. Drawer 1509
Hammond, LA   70404
Telephone: (985) 542-6848
Facsimile: (985) 542-9602
Email:  agc@ccsattorneys.com

**ATTORNEYS FOR DEFENDANT, CITY OF HAMMOND**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2019, I filed the foregoing Notice of Removal with the Clerk of Court through the CM/ECF system, and served a copy of said filing upon the following parties:

**VIA E-MAIL:**

Plaintiff, James W. Stewart
Through his counsel of record,
Ron S. Macaluso
(rsm@ronmacaluso.com)
P.O. Drawer 2828
Hammond, LA  70404

　　　　　　　　　　　　　　　　　　　 /s/ M. Nan Alessandra

4