UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES W. STEWART | * | CIVIL ACTION NO.: 19-2439 |
| | * | |
| VERSUS | * | SECTION "A" |
| | * | DISTRICT JUDGE ZAINEY |
| CITY OF HAMMOND, LOUISIANA | * | |
| | * | MAG. DIVISION (1) |
| | * | MAGISTRATE JUDGE VAN MEERVELD |

*************************************************************************************

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff/complaintaint, JAMES W. STEWART (hereinafter "STEWART"), of majority and resident of the Parish of St. Tammany, State of Louisiana, who respectfully submits that he does herein file his First Supplemental and Amending Complaint as follows:

1.

Made defendant herein is the defendant in STEWART's original Petition for Damages for Wrongful Termination (hereinafter "Petition"), CITY OF HAMMOND, LOUISIANA (hereinafter "HAMMOND"), a public entity located in the Parish of Tangipahoa, State of Louisiana, which was filed in the 21st Judicial District Court, Parish of Tangipahoa, on February 19, 2019.

2.

STEWART's original Petition is attached hereto by reference as if copied herein in *extenso*.

3.

STEWART does herein supplement and amend his original Petition by asserting

the following, to be numbered to wit:

XXXIII.

In the alternative to the damages alleged and prayed for in his original Petition, STEWART seeks, requests, and is entitled to be reinstated as Chief of Police for HAMMOND with any and all compensation, benefits, and emoluments of that position from his illegal termination on or about January 4, 2019 until his retirement.

**WHEREFORE**, petitioner/complaintant, JAMES W. STEWART, prays that after due proceedings had there be judgment rendered in his favor as against the defendant, CITY OF HAMMOND, LOUISIANA, as originally prayed for and/or alternatively, there be judgment rendered in his favor as against the CITY OF HAMMOND, LOUISIANA, ordering his reinstatement as Chief of Police for the CITY OF HAMMOND, LOUISIANA with full compensation, benefits, and emoluments from on or about January 4, 2019 to his reinstatement plus interest thereon, and, as authorized by law, attorney's fees, costs, and expenses.

Respectfully submitted this 26th day of March, 2019.

RON S. MACALUSO LAW FIRM, LLC

*/s/ Ron S. Macaluso*
RON S. MACALUSO (#9616)
207 N. Cypress St.
P.O. Drawer 2828
Hammond, LA  70404
Telephone:  (985) 345-5291
Facsimile: (985) 345-5293
Email: rsm@ronmacaluso.com
RSM File No.:  07-19005
*(Attorney for the plaintiff, James W. Stewart)*

/Volumes/Company Files/Docs/07-RSM/Stewart (07-19005)/PLEADS/USDC/First Supplemental and Amending Complaint.032619.docx